# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

JERRY JAMES WILLIAMS

Case Number: 6:08-CR-10-ORL-19DAB

USM Number: 26872-018

Clarence W. Counts, Jr., FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers Four and Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Failure to notify ten days prior to any change in residence. | October 22, 2008 |
| 5 | Excessive use of alcohol. | September 20, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation charge numbers One, Two and Three of the Petition on Probation and Supervised Release are dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/14/2009

PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

October 19, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**.

It is requested, but not required that the defendant be afforded therapy for addiction to alcohol.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **2 years**. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirement of the Violent Crime Control Act are waived. However, the Court authorizes the probation officer to conduct random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.  The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.  The defendant shall support his or her dependents and meet other family responsibilities;

5.  The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.  The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.  The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant **shall participate in a substance abuse program** (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant **shall participate in a mental health treatment program** (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. The defendant shall perform **50 hours of community service** as a condition of supervision in lieu of paying a fine.

4. The defendant **shall provide the Probation Officer access to any requested financial information.**

5. The defendant **shall cooperate in the collection of DNA**, as directed by the Probation Officer.

# Jerry James Williams

## DOCKET NO:

**Original Petition**

This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No.39, filed <u>November 18, 2008</u>), Report and Recommendation of the United States Magistrate Judge (Doc. No.<u>49</u>, filed <u>September 4, 2009</u>) and Order to Show Cause at Final Revocation Hearing (Doc. No. 50 filed <u>September 8, 2009</u>) at a hearing held <u>October 14, 2009</u>, attended by the Defendant, counsel for the Defendant, and counsel for the Government. The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved, o~~r rejected~~.

**Adjudication**

The Court finds that the defendant has violated the conditions of and adjudicates the defendant guilty of the following violations:

<u>Guilty</u>: <u>Yes</u>    or    <u>No</u>

| Yes | No | # | Violation |
|---|---|---|---|
| ~~✓~~ | ✓ | 1) | New conviction for conduct, Driving under the Influence, occurring on September 20, 2008, while on supervision in violation of the conditions of supervision (Grade C Violation) |
| ~~✓~~ | ✓ | 2) | New conviction for conduct, No Valid Driver's License, occurring on September 20, 2008, while on supervision in violation of the conditions of supervision (Grade C Violation) |
| ~~✓~~ | ✓ | 3) | New conviction for conduct, Resisting/Obstructing Officer Without Violence, occurring on September 17, 2008, while on supervision in violation of the conditions of supervision (Grade C Violation) |
| ✓ | ☐ | 4) | Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision (Grade C Violation) |
| ✓ ☐ | ☐ | 5) | Excessive use of alcohol in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) |

1

| | |
|---|---|
| **Application of Guidelines & Statutory Provisions** | The Court determines that the applicable guidelines are:

__C__ is the Highest Grade violation, and

__III__ is the original Criminal History Category, which calls for

_5_ to _11_ months imprisonment, and

__2__ years is the Maximum Statutory penalty, and

__3__ years is the Maximum Statutory term of Supervised Release |
| **Objections** | Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing? |

### SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Releae, and the parties have made statements on their behalf ~~or have waived the opportunity to do so~~.

| | |
|---|---|
| **Adoption of Report and Recommendation** | The Report and Recommendation of the United States Magistrate Judge (Doc. No. 49) is **ADOPTED AND APPROVED**, there being no objection filed. |
| **Petition Granted** | The Petition on Probation and Supervised Release (Doc. No.<u>39</u>) is **GRANTED** and the defendant's supervised release (Doc. No. 37 filed May 19, 2008) is: |

2

| | |
|---|---|
| **Revoked** | The Court therefore **ORDERS** that the defendant's is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of _2_ YEARS/MONTHS. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines. |
| **Remand To Custody** | The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons. |

OR

| | |
|---|---|
| **Voluntary Surrender** | The defendant may voluntarily surrender at the institution designated by the Bureau of Prisons. While awaiting designation the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision in addition to the following conditions of release: |

The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

| | |
|---|---|
| **Recommendation to Bureau of Prisons** | While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities: ~~assist~~ Military in addition to alcohol and drugs |

3

| | |
|---|---|
| **No New term of Supervised Release** | Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case. |

OR

| | |
|---|---|
| **New term of Supervised Release** | Upon release from imprisonment, the defendant shall serve a __2__ YEAR/~~MONTH~~ term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions: |

OR

| | |
|---|---|
| **Reinstated to Supervised Release** | ~~The defendant is hereby reinstated to supervision. All previous special conditions remain intact.~~ |

~~The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of _____. All previously ordered special conditions remain intact.~~

~~The defendant is hereby reinstated to supervision. The terms of supervision are modified to include the following special conditions:~~

**SPECIAL CONDITIONS**

| | |
|---|---|
| **Home Detention** | ~~The defendant shall participate in the Home Detention program for a period of ___ days. During this time, the defendant will remain at place of residence except for~~ |

4

employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare**   The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health**   The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC Confinement**   The defendant shall reside at the Residential Reentry Center (RRC) for a period of ___ days/months and shall observe the rules of that facility. While at the center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the

5

| | |
|---|---|
| | offender. |
| Financial | The defendant shall be prohibited ~~from incurring~~ new credit charges, opening additional lines of ~~credit, making acquisitions~~ or obligating yourself for any major purchases without approval of the probation officer. |
| | The defendant shall provide the probation officer access to any requested financial information. |
| Community Service | The defendant shall perform 52 hours of community service and follow the probation officer's instructions regarding the implementation of this court directive. |
| Employment Restriction | ~~The defendant shall refrain from engaging in any employment related to~~ |
| DNA Collection Policy | The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer. |
| Waiver of Mandatory Drug Testing | The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year. |
| Mandatory Drug Testing | The mandatory drug testing ~~requirements of the Violent~~ Crime Control Act are imposed. ~~The Court~~ authorizes random drug testing not to exceed 104 tests per year. |
| Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines | In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence. |
| Final Objections | The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record? |

**Appeal of Sentence**     The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

**Instructions to Clerk**     The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.